B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MATTESON, DALE JAY** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6342** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4040 EAST POST ROAD, LOFT F6**<br>**LAS VEGAS, NV**<br>       ZIPCODE **89120** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>       ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>       ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>       ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>       ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MATTESON, DALE JAY** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br> Signature of Attorney for Debtor(s)                                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                          Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **MATTESON, DALE JAY** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X**  **/s/ DALE JAY MATTESON**                        **DALE JAY MATTESON**

Signature of Debtor

**X**

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**July 28, 2009**

Date

---

| **Signature of Attorney*** |
|---|

**X** /s/ David J. Winterton, Esq.

Signature of Attorney for Debtor(s)

**David J. Winterton, Esq. 4142**
**DAVID J. WINTERTON & ASSOC., LTD.**
**211 N. BUFFALO DRIVE, SUITE A**
**LAS VEGAS, NV  89145**
**(702) 363-0317  Fax: (702) 363-1630**
**david@davidwinterton.com**

**July 28, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**X**

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

---

| **Signature of Non-Attorney Petition Preparer** |
|---|

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

Address

**X**

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| **Signature of Debtor (Corporation/Partnership)** |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### District of Nevada

IN RE:                                                          Case No. _____

**MATTESON, DALE JAY** _____    Chapter **7** _____
                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ DALE JAY MATTESON** _____

Date: **July 28, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

IN RE:                                                          Case No. _____

**MATTESON, DALE JAY** _____   Chapter **7** _____

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  400,000.00 | | |
| B - Personal Property | Yes | 3 | $  50,700.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $  823,631.21 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $  1,632.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $  997,457.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $  4,099.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $  5,285.00 |
| TOTAL | | 28 | $  450,700.00 | $  1,822,721.31 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

**IN RE:**                                                                    Case No. _____

**MATTESON, DALE JAY** _____    Chapter **7** _____
                                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **MATTESON, DALE JAY** _____    Case No. _____
<br>_____ Debtor(s) _____    _____ (If known) _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **4040 EAST POST RD., LOFT F6**<br>**LAS VEGAS, NEVADA 89120** | | | **400,000.00** | **692,998.00** |
| | | **TOTAL** | **400,000.00** | |

<div align="right">(Report also on Summary of Schedules)</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE MATTESON, DALE JAY _____  Case No. _____
                                    Debtor(s)                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BUSINESS CHECKING ACCOUNT NUMBER: 1020004157** | | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **HOUSEHOLD GOODS & FURNISHINGS** | | 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **CLOTHING** | | 500.00 |
| 7. Furs and jewelry. | | **WATCH** | | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>MATTESON, DALE JAY</u>                                                  Case No. _____
                                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 JAGUAR | | 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | | 30,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **MATTESON, DALE JAY**                                              Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 50,700.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

IN RE **MATTESON, DALE JAY**                                   Case No. _____
_____
             Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☑ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **4040 EAST POST RD., LOFT F6 LAS VEGAS, NEVADA 89120** | **NRS §§ 115.010(2), 21.090(1)(l)** | **400,000.00** | **400,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **HOUSEHOLD GOODS & FURNISHINGS** | **NRS § 21.090(1)(b)** | **10,000.00** | **10,000.00** |
| **CLOTHING** | **NRS § 21.090(1)(i)** | **500.00** | **500.00** |
| **2003 JAGUAR** | **NRS § 21.090(1)(f)** | **10,000.00** | **10,000.00** |
| **OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES** | **NRS § 21.090(1)(d)** | **10,000.00** | **30,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **MATTESON, DALE JAY**                                                                   Case No. _____
_____
              Debtor(s)                                                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **001 0330712-001** <br><br> **CANNON FINANCIAL SERVICES, INC.** <br> **P.O. BOX 4004** <br> **CAROL STREAM, IL  60197-4004** | | | **BUSINESS DEBT** <br> **EQUIPMENT LEASE** <br><br><br> VALUE $ **30,000.00** | | | | **unknown** | |
| ACCOUNT NO. **593274-12** <br><br> **CLARK COUNTY CREDIT UNION** <br> **P.O. BOX 40097** <br> **LAS VEGAS, NV  89140** | | | **AUTO LOAN** <br><br><br> VALUE $ **10,000.00** | | | | 15,633.21 | 5,633.21 |
| ACCOUNT NO. **33891421000** <br><br> **FIRST CITY SERVICE CORP.** <br> **P.O. BOX 8216** <br> **WACO, TX  76714-8216** | | | **PROPERTY LOAN** <br> **BUSINESS DEBT** <br><br><br> VALUE $ **400,000.00** | | | | 232,798.00 | |
| ACCOUNT NO. **3389142000** <br><br> **FIRST CITY SERVICING CORP.** <br> **P.O. BOX 8216** <br> **WACO, TX  76714-8216** | | | **PROPERTY LOAN** <br> **BUSINESS DEBT** <br><br><br> VALUE $ **400,000.00** | | | | 460,200.00 | 292,998.00 |

_____**1**_____ continuation sheets attached

Subtotal (Total of this page) $ **708,631.21**   $ **298,631.21**

Total (Use only on last page) $ ____   $ ____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE MATTESON, DALE JAY _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **550-0016561-000** <br><br> **U.S. BANK** <br> **LAW DEPARTMENT** <br> **1310 MADRID ST., STE. 106** <br> **MARSHALL, MN  56258** | | | **BUSINESS DEBT** <br><br><br> VALUE $ **30,000.00** | | | | **115,000.00** | **85,000.00** |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ **115,000.00** | $ **85,000.00** |
| Total <br> (Use only on last page) | $ **823,631.21** | $ **383,631.21** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE  MATTESON, DALE JAY                                                    Case No. _____
                    Debtor(s)                                                                          (If known)

<div style="text-align:center">

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

</div>

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____  **2** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE <u>MATTESON, DALE JAY</u>                                                    Case No. _____
                Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **FAITH MATTESON** <br> **20 WESTON HILLS RD.** <br> **HENDRSON, NV  89052** | | | **DIVORCE DEBT** | | | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **2** continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Priority Claims           (Totals of this page)   $                  $                  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $                  $                  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE MATTESON, DALE JAY _____    Case No. _____
                                    Debtor(s)                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **161-31-711-020**<br>**CLARK COUNTY TREASURER**<br>**500 S. GRAND CENTRAL PKWY.**<br>**LAS VEGAS, NV  89155** | | | PROPERTY TAX | | | | **200.00** | **200.00** | |
| ACCOUNT NO. **09001487015**<br>**NEVADA DEPT OF TAXATION**<br>**REVENUE DIVISION CAPITAL COMPLEX**<br>**101 N CARSON ST STE 3**<br>**CARSON CITY, NV  89701-3714** | | | TAXES | | | | **190.82** | **190.82** | |
| ACCOUNT NO. **246472.00**<br>**STATE OF NEVADA**<br>**DEPARTMENT OF EMPLOYMENT TRAINING**<br>**500 EAST THIRD STREET**<br>**CARSON CITY, NV  89713-0030** | | | TAXES | | | | **1,241.54** | **1,241.54** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**2**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                Subtotal
      (Totals of this page)   $ **1,632.36**  $ **1,632.36**  $

                Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ **1,632.36**

                Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ **1,632.36**  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **MATTESON, DALE JAY**                                                                 Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3069** <br><br> **944 MEDIA, LLC** <br> **DEPT. 2082** <br> **P.O. BOX 29675** <br> **PHOENIX, AZ 85038** | | | **BUSINESS DEBT** | | | | **6,635.00** |
| ACCOUNT NO. <br><br> **ACE CONCRETE** <br> **P.O. BOX 777492** <br> **HENDERSON, NV 89077** | | | **SERVICES** <br> **BUSINESS DEBT** | | | | **12,659.00** |
| ACCOUNT NO. **544184183** <br><br> **AT & T** <br> **P.O. BOX 60017** <br> **LOS ANGELES, CA 90060** | | | **BUSINESS DEBT** | | | | **310.00** |
| ACCOUNT NO. <br><br> **BLACKSTONE BUILDERS** <br> **720 W. CHEYENNE AVE., STE. 60** <br> **NORTH LAS VEGAS, NV 89030** | | | **SERVICES** <br> **BUSINESS DEBT** | | | X | **100,000.00** |

_____**13** continuation sheets attached

Subtotal (Total of this page)   $ **119,604.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **MATTESON, DALE JAY**                              Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MATTESON MEDIA, INC** <br><br>**BOARD OF REGENTS-CSN** <br>**C/O LINDA BURGESS** <br>**3200 E. CHEYENNE ACE.** <br>**N. LAS VEGAS, NV  89030** | | | **BUSINESS DEBT** | | | | **5,000.00** |
| ACCOUNT NO. **FIDELITY.MARRIOTT.G-20** <br><br>**BOE'S UNDERWATER SERVICE** <br>**9143 LOBRANO STREET** <br>**LA MESA, CA  91941** | | | **SERVICES** | | | | **200.00** |
| ACCOUNT NO. **DALE MATTESON** <br><br>**BOGGESS & HARKER** <br>**5550 PAINTED MIRAGE RD., STE. 255** <br>**LAS VEGAS, NV  89146** | | | **SERVICES** | | | | **2,502.84** |
| ACCOUNT NO. <br><br>**BORDER CONSTRUCTION** <br>**4502 E. UNIVERSITY** <br>**PHOENIX, AZ  85034** | | | **SERVICES** <br>**BUSINESS DEBT** | | | X | **7,449.55** |
| ACCOUNT NO. **09C-012297** <br><br>**CALLISTER & REYNOLDS** <br>**823 LAS VEGAS BLVD. SO.** <br>**LAS VEGAS, NV  89101** | | | **PENDING CIVIL ACTION** <br>**RE: QVEGAS MAGAZINE** <br>**BUSINESS DEBT** | | | | **unknown** |
| ACCOUNT NO. **MATTESON MEDIA, INC** <br><br>**CANYON CREATIVE** <br>**4375 S. POLARIS AVE., STE. 4** <br>**LAS VEGAS, NV  89103** | | | **BUSINESS DEBT** | | | | **5,000.00** |
| ACCOUNT NO. **4791-2422-3792-9081** <br><br>**CAPITAL ONE** <br>**P.O. BOX 60599** <br>**CITY OF INDUSTRY, CA  91716** | | | **CREDIT CARD** | | | | **782.53** |

Sheet no. ____**1**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **20,934.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **MATTESON, DALE JAY** _____    Case No. _____

          Debtor(s)                                               (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **970155 & 950382**<br>**CAREY NOORDA, DDS, MSD**<br>**1701 N. GREEN VALLEY PKWY, BLDG. 1**<br>**HENDERSON, NV 89074** | | | **MEDICAL** | | | | **165.00** |
| ACCOUNT NO. **INVOICE: 1461**<br>**CARMELO LOPEZ**<br>**YACHT TECH MAINTENANCE SERVICE**<br>**P.O. BOX 131348**<br>**SAN DIEGO, CA 92170** | | | **SERVICES** | | | | **240.00** |
| ACCOUNT NO. **160413**<br>**CBS RADIO**<br>**C/O CMA BUSINESS CREDIT SERVICES**<br>**3110 WEST CHEYENNE AVE., STE. 100**<br>**N. LAS VEGAS, NV 89032** | | | **BUSINESS DEBT** | | | | **75,168.00** |
| ACCOUNT NO. **MATTESON MEDIA**<br>**CDI STUDIOS**<br>**ATTN: VICTORIA HART**<br>**2215- A RENAISSANACE DRIVE**<br>**LAS VEGAS, NV 89119** | | | **BUSINESS DEBT** | | | | **2,885.00** |
| ACCOUNT NO. **L69092A6-01**<br>**CHRISTINA TOMLINSON**<br>**2182 HANDEL AVE.**<br>**HENDERSON, NV 89052** | | | **TIAA CREF LOAN**<br>**BUSINESS DEBT** | | | | **36,000.00** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**CLEAR CHANNEL BROADCASTING**<br>**C/O ASCENT AUTOMOTOVE GROUP**<br>**109 NORTH POST OAK LANE, STE. 530**<br>**HOUSTON, TX 77024** | | | **ADVERTISING**<br>**BUSINESS DEBT** | | | | **27,370.00** |
| ACCOUNT NO.<br>**ASCENT AUTOMOTIVE GROUP**<br>**109 N. POST OAK LANE, STE. 530**<br>**HOUSTON, TX 77024** | | | **Assignee or other notification for:**<br>**CLEAR CHANNEL BROADCASTING** | | | | |

Sheet no. _____ **2** of _____ **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **141,828.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **MATTESON, DALE JAY** _____    Case No. _____
         Debtor(s)                                                (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GLOBAL CREDITORS NETWORK**<br>**2450 WHITE RD., STE. 200**<br>**IRVINE, CA 92614** | | | **Assignee or other notification for:**<br>**CLEAR CHANNEL BROADCASTING** | | | | |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**CORPORATE EVENT MAGAZINE**<br>**206 S. BROADWAY, STE. 745**<br>**ROCHESTER, MN 55904** | | | **BUSINESS DEBT** | | | | **500.00** |
| ACCOUNT NO. **0018610113443901**<br>**COX COMMUNICATIONS**<br>**P.O. BOX 53262**<br>**PHOENIX, AZ 85072-3262** | | | **SERVICES**<br>**BUSINESS DEBT** | | | | **75.00** |
| ACCOUNT NO. **717**<br>**COX MEDIA**<br>**FILE 50464**<br>**LOS ANGELES, CA 90074-0464** | | | **BUISNESS DEBT** | | | | **12,384.95** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**DATA ADMIN.**<br>**922 SAN BRUNO AVE.**<br>**HENDERSON, NV 89002** | | | **BUSINESS DEBT** | | | | **150.00** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**DUBOWSKY LAW OFFICE**<br>**ATTN: PETER DUBOWSKY**<br>**330 S. 3RD STREET, STE. 1100 A**<br>**LAS VEGAS, NV 89101** | | | **BUSINESS DEBT** | | | | **3,000.00** |
| ACCOUNT NO. **34500196-5-200**<br>**EMERGENCY PHYSICIAN DELRAY**<br>**DELRAY COMMUNITY HOSPITAL**<br>**P.O. BOX 740022**<br>**CINCINNATI, OH 45274** | | | **MEDICAL** | | | | **596.00** |

Sheet no. ___**3**___ of ___**13**___ continuation sheets attached to                       Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims               (Total of this page) $ | **16,705.95**

                                                                                    Total
                                                    (Use only on last page of the completed Schedule F. Report also on
                                                    the Summary of Schedules, and if applicable, on the Statistical
                                                    Summary of Certain Liabilities and Related Data.) $ |

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

B6F (Official Form 6F) (12/07) - Cont.

IN RE **MATTESON, DALE JAY** _____   Case No. _____
                          Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8183J-0000007154**<br><br>**ENTRAVISION LAS VEGAS**<br>**C/O TRANSWORLD SYSTEMS**<br>**P.O. BOX 1864**<br>**SANTA ROSA, CA  95402** | | | **BUSINESS DEBT** | | | | **20,944.00** |
| ACCOUNT NO. **MATTESON MEDIA**<br><br>**EXPLORER MARINE SERVICE**<br>**2818 CANNON STREET**<br>**SAN DIEGO, CA  92106** | | | **SERVICES** | | | | **7,669.06** |
| ACCOUNT NO. **JV43085**<br><br>**FARMERS INSURANCE**<br>**ATTN: SCOTT COREY**<br>**6655 W. SAHARA BLVD., STE. A204**<br>**LAS VEGAS, NV  89146** | | | **SERVICES**<br>**BUSINESS DEBT** | | | | **1,500.00** |
| ACCOUNT NO. **ACCOUNT NUMBER**<br><br>**FOX 5 WEATHER 24/7**<br>**P.O. BOX 10084**<br>**PASADENA, CA  91189** | | | **BUISNESS DEBT** | | | | **21.25** |
| ACCOUNT NO. **3237**<br><br>**IN BUSINESS LAS VEGAS**<br>**2290 CORPORATE CIRCLE, STE. 250**<br>**HENDERSON, NV  89074** | | | **BUSINESS DEBT** | | | | **3,700.00** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br><br>**INSTORE BROADCASTING NETWORK**<br>**175 SOUTH MAIN STREET, STE. 1600**<br>**SALT LAKE CITY, UT  84111** | | | **BUSINESS DEBT** | | | | **400.00** |
| ACCOUNT NO. **MATTESON MEDIA LOFT-TI**<br><br>**JAWA STUDIO, LTD.**<br>**103 EAST CHARLESTON BLVD., STE. 105**<br>**LAS VEGAS, NV  89104** | | | **BUISNESS DEBT** | | | | **2,384.32** |

Sheet no. ____**4**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **36,618.63**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __MATTESON, DALE JAY__ _____    Case No. _____
            Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br><br>**KBAD-AM**<br>**8755 W. FLAMINGO RD.**<br>**LAS VEGAS, NV  89147** | | | **BUSINESS DEBT** | | | | 1,147.50 |
| ACCOUNT NO. **0108**<br><br>**KBET**<br>**1455 EAST TROPICANA, STE. 800**<br>**LAS VEGAS, NV  89119** | | | **BUSINESS DEBT** | | | | 498.10 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br><br>**KCEP-FM 88.1 FM**<br>**330 WEST WASHINGTON AVE.**<br>**LAS VEGAS, NV  89106** | | | **BUSINESS DEBT** | | | | 2,885.00 |
| ACCOUNT NO. **66202**<br><br>**KCYE-FM**<br>**1455 EAST TROPICANA, STE. 800**<br>**LAS VEGAS, NV  89119** | | | **BUSINESS DEBT** | | | | 26,643.25 |
| ACCOUNT NO. **74958**<br><br>**KDWN-AM**<br>**1455 EAST TROPICANA, STE. 800**<br>**LAS VEGAS, NV  89119** | | | **BUSINESS DEBT** | | | | 1,875.10 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br><br>**KELV TV**<br>**FILE 50620**<br>**LOS ANGELES, CA  90074-0620** | | | **BUSINESS DEBT** | | | | 7,777.50 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br><br>**KEMP COMMUNICATIONS**<br>**3800 HOWARD HUGHES PKWY., 17TH FLOOR**<br>**LAS VEGAS, NV  89169** | | | **BUSINESS DEBT** | | | | 5,000.00 |

Sheet no. __5__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **45,826.45**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **MATTESON, DALE JAY**                                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KENO-AM 1460**<br>**ADDRESS** | | | **BUSINESS DEBT** | | | | **603.50** |
| ACCOUNT NO. 03211023697866<br>**KEY BANK**<br>**P.O. BOX 94722**<br>**CLEVELAND, OH  44101** | | | **BOAT LOAN (REPOSSESSED)** | | | | **150,786.08** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KFRH-FM**<br>**1455 EAST TROPICANA, STE. 800**<br>**LAS VEGAS, NV  89119** | | | **BUSINESS DEBT** | | | | **7,807.25** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KINC TV**<br>**FILE 50620**<br>**LOS ANGELES, CA  90074-0620** | | | **BUSINESS DEBT** | | | | **9,095.00** |
| ACCOUNT NO.<br>**SZABO ASSOCIATES, INC.**<br>**3355 LENOX RD., N.E., 9TH FLOOR**<br>**ATLANTA, GA  30326** | | | Assignee or other notification for:<br>**KINC TV** | | | | |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KINC TV UNIVISION**<br>**ADDRESS** | | | **BUSINESS DEBT** | | | | **4,449.75** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KKJJ-FM 100.5**<br>**P.O. BOX 100111**<br>**PASADENA, CA  91189-0111** | | | **ADVERTISING BUISNESS DEBT** | | | | **3,000.00** |

Sheet no. _____ **6** of _____ **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **175,741.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **MATTESON, DALE JAY** _____    Case No. _____
                       Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ASCENT AUTOMOTIVE GROUP**<br>**109 N. POST OAK LANE, STE. 530**<br>**HOUSTON, TX  77024** | | | Assignee or other notification for:<br>**KKJJ-FM 100.5** | | | | |
| ACCOUNT NO. **84478**<br>**KKLZ-FM**<br>**1455 E. TROPICANA, STE. 800**<br>**LAS VEGAS, NV  89119** | | | **BUSINESS DEBT** | | | | 18,695.75 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KMXB RADIO**<br>**P.O. BOX 100111**<br>**PASADENA, CA  91189-0111** | | | **ADVERTISING**<br>**BUISNESS DEBT** | | | | 59,899.75 |
| ACCOUNT NO.<br>**ASCENT AUTOMOTIVE GROUP**<br>**109 N. POST OAK LANE, STE. 530**<br>**HOUSTON, TX  77024** | | | Assignee or other notification for:<br>**KMXB RADIO** | | | | |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KOAS-FM**<br>**RIVERIA BROADCAST GROUP**<br>**2725 E. DESERT INN RD., STE. 180**<br>**LAS VEGAS, NV  89121** | | | **BUSINESS DEBT** | | | | 13,965.50 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KOMP-FM**<br>**NATALIE MARSH**<br>**8755 W. FLAMINGO RD.**<br>**LAS VEGAS, NV  89147** | | | **BUSINESS DEBT** | | | | 9,146.00 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KSJT FM**<br>**1455 EAST TROPICANA, STE. 800**<br>**LAS VEGAS, NV  89119** | | | **BUSINESS DEBT** | | | | 5,950.00 |

Sheet no. ____**7**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                               (Total of this page)  $ **107,657.00**

                                               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

B6F (Official Form 6F) (12/07) - Cont.

IN RE **MATTESON, DALE JAY**                                           Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2717**<br>**KSNE**<br>**CLEAR CHANNEL BROADCASTING, INC**<br>**FILE NUMBER 91100**<br>**LOS ANGELES, CA 90074** | | | **BUSINESS DEBT** | | | | **3,814.80** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KTNV- TV13 LAS VEGAS**<br>**P.O. BOX 29807**<br>**PHOENIX, AZ 85038-9807** | | | **BUSINESS DEBT** | | | | **35,542.75** |
| ACCOUNT NO. **1415**<br>**KVEG RADIO**<br>**KEMP BROADCASTING**<br>**3999 LAS VEGAS BLVD., STE. K**<br>**LAS VEGAS, NV 89119** | | | **BUSINESS DEBT** | | | | **18,678.75** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KVGS-FM**<br>**RIVIERA BROADCAST GROUP**<br>**2725 E. DESERT INN RD., STE. 180**<br>**LAS VEGAS, NV 89121** | | | **BUSINESS DEBT** | | | | **11,479.25** |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**KVVU TV 5**<br>**P.O. BOX 100111**<br>**PASADENA, CA 91189-0084** | | | **BUISNESS DEBT** | | | | **37,827.90** |
| ACCOUNT NO.<br>**ASCENT AUTOMOTIVE GROUP**<br>**109 N. POST OAK LANE, STE. 530**<br>**HOUSTON, TX 77024** | | | **Assignee or other notification for:**<br>**KVVU TV 5** | | | | |
| ACCOUNT NO. **55861**<br>**KXTE-FM**<br>**P.O. BOX 100111**<br>**PASADENA, CA 91189-0111** | | | **BUSINESS DEBT** | | | | **17,552.50** |

Sheet no. ____**8**__ of ___**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **124,895.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **MATTESON, DALE JAY**                                                     Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ASCENT AUTOMOTIVE GROUP**<br>**109 N. POST OAK LANE, STE. 530**<br>**HOUSTON, TX  77024** | | | Assignee or other notification for:<br>**KXTE-FM** | | | | |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**LAS VEGAS SENTINEL VOICE**<br>**900 EAST CHARLESTON BLVD.**<br>**LAS VEGAS, NV  89104** | | | **BUSINESS DEBT** | | | | 3,000.00 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**LeMANS CORPORATION**<br>**3501 KENNEDY RD., BOX 5222**<br>**JANESVILLE, WI  53547** | | | RE: OCTOBER 10, 2009 EVENT<br>AT SPORTS CENTER OF LAS VEGAS<br>**BUSINESS DEBT** | | | | 5,122.50 |
| ACCOUNT NO. **INVOICE: 5689**<br>**LEVEL ONE**<br>**3100 W. SIRIUS, STE. 106**<br>**LAS VEGAS, NV  89102** | | | **BUISNESS DEBT** | | | | 365.00 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**LEVY ONE PRODUCTION GROUP**<br>**5905 S. DECATUR BLVD.**<br>**LAS VEGAS, NV  89118** | | | **BUSINESS DEBT** | | | | 1,794.80 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**LOTUS BROADCASTING**<br>**C/O ASCENT AUTOMOTIVE GROUP**<br>**109 NORTH POST LANE, STE. 530**<br>**HOUSTON, TX  77024** | | | **BUISNESS DEBT**<br>**ADVERTISING** | | | | 14,543.25 |
| ACCOUNT NO. **23918**<br>**MARTIN DOOR MANUFACTURING, INC.**<br>**6380 S. VALLEY VIEW BLVD., STE. 200**<br>**LAS VEGAS, NV  89118** | | | **SERVICES** | | | | 4,674.25 |

Sheet no. ____**9**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    $ **29,499.80**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE MATTESON, DALE JAY                                        Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1903-001**<br>**MICHAEL MUSHKIN, ESQ.**<br>**4475 SOUTH PECOS RD.**<br>**LAS VEGAS, NV 89121** | | | **BUSINESS DEBT**<br>**SERVICES** | | | | 4,798.14 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**NATIONAL CINEMEDIA**<br>**P.O. BOX 17491**<br>**DENVER, CO 80217-0491** | | | **BUSINESS DEBT** | | | | 13,750.00 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**NEEDMERCH**<br>**8665 W. FLAMINGO RD., STE. 131-203**<br>**LAS VEGAS, NV 89147** | | | **BUSINESS DEBT** | | | | 1,169.82 |
| ACCOUNT NO.<br>**OCEAN BEACH UPHOLSTRY**<br>**4838 VOLTAIRE STREET**<br>**SAN DIEGO, CA 92107** | | | **SERVICES** | | | | 10,000.00 |
| ACCOUNT NO. **MATTESON, ALEX**<br>**PALM PARTNERS, LLC**<br>**ADDRESS NEEDED** | | | **MEDICAL** | | | | 26,000.00 |
| ACCOUNT NO.<br>**PETE KING COMMERCIAL LLC**<br>**2575 E. LONE MOUNTAIN ROAD**<br>**NORTH LAS VEGAS, NV 89081** | | | **SERVICES** | | | | 25,000.00 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**PREMIER OFFICE SUITES**<br>**2255 A RENAISSANCE DRIVE**<br>**LAS VEGAS, NV 89119** | | | **BUSINESS DEBT** | | | | 3,277.37 |

Sheet no. **10** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **83,995.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE MATTESON, DALE JAY             Case No. _____
            Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **001**<br>**PRIDE RADIO LAS VEGAS**<br>**2880 B MEADE AVE.**<br>**LAS VEGAS, NV 89102** | | | **BUSINESS DEBT** | | | | 1,350.00 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**QVEGAS MAGAZINE**<br>**2408 PARDEE PLACE**<br>**LAS VEGAS, NV 89104** | | | **BUSINESS DEBT** | | | | 3,921.00 |
| ACCOUNT NO. **101193**<br>**RED7MEDIA**<br>**EVENT DESIGN**<br>**10 NORDEN PLACE**<br>**NORWALK, CT 06855** | | | **BUSINESS DEBT** | | | | 4,540.00 |
| ACCOUNT NO. **118337 DESK 3**<br>**RIVIERA BROADCASTING**<br>**C/O CRF SOLUTIONS**<br>**2051 ROYAL AVE.**<br>**SIMI VALLEY, CA 93065** | | | **BUSINESS DEBT** | | | | 15,289.35 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**SILVER STATE EXTERMINATORS**<br>**5965 HARRISON DRIVE**<br>**LAS VEGAS, NV 89120** | | | **BUSINESS DEBT** | | | | 90.00 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**SMASH MAGAZINE**<br>**8665 W. FLAMINGO RD., STE .131-201**<br>**LAS VEGAS, NV 89147** | | | **BUSINESS DEBT** | | | | 3,333.33 |
| ACCOUNT NO. **F6**<br>**SOUTHEAST LOFT DISTRICT ASSOCIATION**<br>**C/O RPMG**<br>**P.O. BOX 95606**<br>**LAS VEGAS, NV 89147** | | | **HOA FEES**<br>**BUSINESS DEBT** | | | | 2,235.35 |

Sheet no. **11** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
                 (Total of this page) $ **30,759.03**

                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __MATTESON, DALE JAY__ _____    Case No. _____
              Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SUNRISE CUSTOM IN.**<br>**6845 SPEEDWAY BLVD., STE. K-102**<br>**LAS VEGAS, NV  89115** | | | SERVICES | | | | 12,192.06 |
| ACCOUNT NO.<br>**TELEDATA CONTRACTORS**<br>**5160 S. VALLEY VIEW #100**<br>**LAS VEGAS, NV  89118** | | | SERVICES | | | | 473.00 |
| ACCOUNT NO. **007977638**<br>**TENET DELRAY MEDICAL CENTER**<br>**P.O. BOX 830913**<br>**BIRMINGHAM, AL  35283** | | | MEDICAL | | | | 632.00 |
| ACCOUNT NO.<br>**PLANTATION BILLING CENTER**<br>**P.O. BOX 189016**<br>**PLANTATION, FL  33318** | | | Assignee or other notification for:<br>**TENET DELRAY MEDICAL CENTER** | | | | |
| ACCOUNT NO. **00002739**<br>**THE MEETING PROFESSIONAL**<br>**3030 LBJ FREEWAY, STE. 1700**<br>**DALLAS, TX  75234** | | | BUSINESS DEBT | | | | 3,777.40 |
| ACCOUNT NO. **MATTESON MEDIA, INC.**<br>**THE UNLV REBEL YELL**<br>**ATTN: SEAN CONNOLLY**<br>**4505 S. MARYLAND PKWY., STE. 2011**<br>**LAS VEGAS, NV  89119** | | | BUSINESS DEBT | | | | 5,000.00 |
| ACCOUNT NO. **898966**<br>**US BANK**<br>**BUISNESS EQUIPMENT FINANCING**<br>**1310 MADRID ST., STE. 106**<br>**MARSHALL, MN  56258** | | | BUISNESS DEBT | | | | 9,183.56 |

Sheet no. __12__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **31,258.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **MATTESON, DALE JAY** _____     Case No. _____
                                                Debtor(s)                                                      (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **849343152**<br>**VOLKSWAGEN CREDIT**<br>**P.O. BOX 60144**<br>**CITY OF INDUSTRY, CA  91716** | X | | **AUTO LOAN**<br>**2008 VOLKSWAGEN** | | | | **20,000.00** |
| ACCOUNT NO. **4465-4201-0864-5177**<br>**WELLS FARGO CARD SERVICES**<br>**PO BOX 30086**<br>**LOS ANGELES, CA  90030-0086** | | | **BUSINESS DEBT** | | | | **12,133.08** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**13**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **32,133.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **997,457.74**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **MATTESON, DALE JAY**
_____    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CANNON FINANCIAL SERVICES, INC.**<br>**P.O. BOX 4004**<br>**CAROL STREAM, IL  60197-4004** | **EQUIPMENT LEASE**<br><br>**CONTRACT NUMBER: 001-0330712-001** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **MATTESON, DALE JAY**
_____
              Debtor(s)

Case No. _____
                       (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TAYLOR MATTESON**<br>**4040 EAST POST RD., LOFT F6**<br>**LAS VEGAS, NV  89120** | **VOLKSWAGEN CREDIT**<br>**P.O. BOX 60144**<br>**CITY OF INDUSTRY, CA  91716** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **MATTESON, DALE JAY** _____  Case No. _____
                              Debtor(s)                                                        (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **MATTESON MEDIA, INC.** | |
| How long employed | | |
| Address of Employer | **LAS VEGAS, NV** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ _____ |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $         **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | | $ _____ | $ _____ |
| b. Insurance | | $ _____ | $ _____ |
| c. Union dues | | $ _____ | $ _____ |
| d. Other (specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $         **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $         **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $     **1,099.00** | $ _____ |
| 8. Income from real property | | $ _____ | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income (Specify) **CHRISTINA TOMLINSON** | | $     **3,000.00** | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $     **4,099.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $     **4,099.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$         **4,099.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6J (Official Form 6J) (12/07)**

IN RE <u>MATTESON, DALE JAY</u>                                        Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
|    a. Are real estate taxes included?    Yes  ✓  No ____ | | |
|    b. Is property insurance included?    Yes ____ No  ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | |
|    b. Water and sewer | $ | 150.00 |
|    c. Telephone | $ | 200.00 |
|    d. Other | $ | |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | |
| 6. Laundry and dry cleaning | $ | |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 50.00 |
|    b. Life | $ | |
|    c. Health | $ | |
|    d. Auto | $ | 360.00 |
|    e. Other | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | 2,200.00 |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$ 5,285.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 4,099.00 |
|    b. Average monthly expenses from Line 18 above | $ | 5,285.00 |
|    c. Monthly net income (a. minus b.) | $ | -1,186.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

IN RE <u>MATTESON, DALE JAY</u>         Case No. _____

                Debtor(s)                                               (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 28, 2009** _____     Signature: */s/ DALE JAY MATTESON* _____

                                      **DALE JAY MATTESON**                              Debtor

Date: _____     Signature: _____

                                                                (Joint Debtor, if any)

                                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____     _____

Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                               _____

                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

IN RE:                                                                Case No. _____

**MATTESON, DALE JAY**                                    Chapter **7** _____
_____
                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 83,111.00 | 2007 INCOME |
| 121,081.00 | 2006 INCOME |
| 7,800.00 | 2008 INCOME |

---

## 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors
### *Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **FAITH MATTESON**<br>**20 WESTON HILLS RD.**<br>**HENDRSON, NV  89052** | **MONTHLY ALIMONY PAYMENTS** | **1,500.00** | **0.00** |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **STONEWALL PUBLISHING, INC. DBA QVEGAS MAGAZINE vs. MATTESON MEDIA, INC., a domestic Corporation, DALE J. MATTESON, individually, DOE INDIVIDUALS I-X, inclusive, ROE CORPORATIONS I-X, inclusive CASE NO.: 09C-012297** | **COLLECTION OF MONIES DUE & OWING** | **JUSTICE COURT, REGIONAL JUSTICE CENTER CLARK COUNTY, NEVADA** | **PENDING** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **KEY BANK**<br>**P.O. BOX 94722**<br>**CLEVELAND, OH  44101** | **05/2009** | **BOAT** |
| **VOLKSWAGON CREDIT**<br>**P.O. BOX 60144**<br>**CITY OF INDUSTRY, CA  91716** | **07/2009** | **2008 VOLKSWAGON BUG VALUE: $10,000** |

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **DAVID J. WINTERTON & ASSOC., LTD.**<br>**211 N BUFFALO DR STE A**<br>**LAS VEGAS, NV  89145-0302** | **07/2009** | **1,500.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**FAITH MATTESON**

**FORMER SPOUSE**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **MATTESON MEDIA INC.** | **20-0935179** | **4040 E. POST RD., STE .F6 LAS VEGAS, NV  89120** | **ADVERTISING AGENCY** | **1996 THRU PRESENT** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **MINDY SMITH**<br>**8870 S. MARYLAND PKWY., #105**<br>**LAS VEGAS, NV  89123** | **2004-2009** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **July 28, 2009** _____    Signature   ***/s/ DALE JAY MATTESON***_____
                                              of Debtor                                                  **DALE JAY MATTESON**

Date: _____    Signature   _____
                                              of Joint Debtor
                                              (if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
### District of Nevada

IN RE:                                                              Case No. _____

MATTESON, DALE JAY                                                  Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**CANNON FINANCIAL SERVICES, INC.** | **Describe Property Securing Debt:**<br>**OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES** |

Property will be *(check one)*:
- ☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**CLARK COUNTY CREDIT UNION** | **Describe Property Securing Debt:**<br>**2003 JAGUAR** |

Property will be *(check one)*:
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**CANNON FINANCIAL SERVICES, INC.** | **Describe Leased Property:**<br>**EQUIPMENT LEASE** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**July 28, 2009**_____          ***/s/ DALE JAY MATTESON***_____
                                           Signature of Debtor

                                           _____
                                           Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

---

Property No. 3

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **FIRST CITY SERVICE CORP.** | **4040 EAST POST RD., LOFT F6** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

---

Property No. 4

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **FIRST CITY SERVICING CORP.** | **4040 EAST POST RD., LOFT F6** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

---

Property No.

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
|  |  |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

---

**PART B** – Continuation

---

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |
|---|---|---|
|  |  |  |

---

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |
|---|---|---|
|  |  |  |

---

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                          Case No. _____

**MATTESON, DALE JAY** _____    Chapter **7** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **July 28, 2009** _____    Signature: **_/s/ DALE JAY MATTESON_** _____
                                                         **DALE JAY MATTESON**                                    Debtor


Date: _____    Signature: _____
                                                                                          Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

MATTESON, DALE JAY
4040 EAST POST ROAD, LOFT F6
LAS VEGAS, NV 89120

BORDER CONSTRUCTION
4502 E. UNIVERSITY
PHOENIX, AZ 85034

CLARK COUNTY CREDIT UNION
P.O. BOX 40097
LAS VEGAS, NV 89140

DAVID J. WINTERTON & ASSOC., LTD.
211 N. BUFFALO DRIVE, SUITE A
LAS VEGAS, NV 89145

CALLISTER & REYNOLDS
823 LAS VEGAS BLVD. SO.
LAS VEGAS, NV 89101

CLARK COUNTY TREASURER
500 S. GRAND CENTRAL PKWY.
LAS VEGAS, NV 89155

944 MEDIA, LLC
DEPT. 2082
P.O. BOX 29675
PHOENIX, AZ 85038

CANNON FINANCIAL SERVICES, INC.
P.O. BOX 4004
CAROL STREAM, IL 60197-4004

CLEAR CHANNEL BROADCASTING
C/O ASCENT AUTOMOTOVE GROUP
109 NORTH POST OAK LANE, STE. 530
HOUSTON, TX 77024

ACE CONCRETE
P.O. BOX 777492
HENDERSON, NV 89077

CANYON CREATIVE
4375 S. POLARIS AVE., STE. 4
LAS VEGAS, NV 89103

CORPORATE EVENT MAGAZINE
206 S. BROADWAY, STE. 745
ROCHESTER, MN 55904

ASCENT AUTOMOTIVE GROUP
109 N. POST OAK LANE, STE. 530
HOUSTON, TX 77024

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUSTRY, CA 91716

COX COMMUNICATIONS
P.O. BOX 53262
PHOENIX, AZ 85072-3262

AT & T
P.O. BOX 60017
LOS ANGELES, CA 90060

CAREY NOORDA, DDS, MSD
1701 N. GREEN VALLEY PKWY, BLDG. 1
HENDERSON, NV 89074

COX MEDIA
FILE 50464
LOS ANGELES, CA 90074-0464

BLACKSTONE BUILDERS
720 W. CHEYENNE AVE., STE. 60
NORTH LAS VEGAS, NV 89030

CARMELO LOPEZ
YACHT TECH MAINTENANCE SERVICE
P.O. BOX 131348
SAN DIEGO, CA 92170

DATA ADMIN.
922 SAN BRUNO AVE.
HENDERSON, NV 89002

BOARD OF REGENTS-CSN
C/O LINDA BURGESS
3200 E. CHEYENNE ACE.
N. LAS VEGAS, NV 89030

CBS RADIO
C/O CMA BUSINESS CREDIT SERVICES
3110 WEST CHEYENNE AVE., STE. 100
N. LAS VEGAS, NV 89032

DEPT OF MOTOR VEHICLES & PUBLIC
SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY, NV 89711-0001

BOE'S UNDERWATER SERVICE
9143 LOBRANO STREET
LA MESA, CA 91941

CDI STUDIOS
ATTN: VICTORIA HART
2215- A RENAISSANACE DRIVE
LAS VEGAS, NV 89119

DUBOWSKY LAW OFFICE
ATTN: PETER DUBOWSKY
330 S. 3RD STREET, STE. 1100 A
LAS VEGAS, NV 89101

BOGGESS & HARKER
5550 PAINTED MIRAGE RD., STE. 255
LAS VEGAS, NV 89146

CHRISTINA TOMLINSON
2182 HANDEL AVE.
HENDERSON, NV 89052

EMERGENCY PHYSICIAN DELRAY
DELRAY COMMUNITY HOSPITAL
P.O. BOX 740022
CINCINNATI, OH 45274

ENTRAVISION LAS VEGAS
C/O TRANSWORLD SYSTEMS
P.O. BOX 1864
SANTA ROSA, CA  95402

IRS
OGDEN, UT  84201

KFRH-FM
1455 EAST TROPICANA, STE. 800
LAS VEGAS, NV  89119

EXPLORER MARINE SERVICE
2818 CANNON STREET
SAN DIEGO, CA  92106

JAWA STUDIO, LTD.
103 EAST CHARLESTON BLVD., STE. 105
LAS VEGAS, NV  89104

KINC TV
FILE 50620
LOS ANGELES, CA  90074-0620

FAITH MATTESON
20 WESTON HILLS RD.
HENDRSON, NV  89052

KBAD-AM
8755 W. FLAMINGO RD.
LAS VEGAS, NV  89147

KKJJ-FM 100.5
P.O. BOX 100111
PASADENA, CA  91189-0111

FARMERS INSURANCE
ATTN: SCOTT COREY
6655 W. SAHARA BLVD., STE. A204
LAS VEGAS, NV  89146

KBET
1455 EAST TROPICANA, STE. 800
LAS VEGAS, NV  89119

KKLZ-FM
1455 E. TROPICANA, STE. 800
LAS VEGAS, NV  89119

FIRST CITY SERVICE CORP.
P.O. BOX 8216
WACO, TX  76714-8216

KCEP-FM 88.1 FM
330 WEST WASHINGTON AVE.
LAS VEGAS, NV  89106

KMXB RADIO
P.O. BOX 100111
PASADENA, CA  91189-0111

FIRST CITY SERVICING CORP.
P.O. BOX 8216
WACO, TX  76714-8216

KCYE-FM
1455 EAST TROPICANA, STE. 800
LAS VEGAS, NV  89119

KOAS-FM
RIVERIA BROADCAST GROUP
2725 E. DESERT INN RD., STE. 180
LAS VEGAS, NV  89121

FOX 5 WEATHER 24/7
P.O. BOX 10084
PASADENA, CA  91189

KDWN-AM
1455 EAST TROPICANA, STE. 800
LAS VEGAS, NV  89119

KOMP-FM
NATALIE MARSH
8755 W. FLAMINGO RD.
LAS VEGAS, NV  89147

GLOBAL CREDITORS NETWORK
2450 WHITE RD., STE. 200
IRVINE, CA  92614

KELV TV
FILE 50620
LOS ANGELES, CA  90074-0620

KSJT FM
1455 EAST TROPICANA, STE. 800
LAS VEGAS, NV  89119

IN BUSINESS LAS VEGAS
2290 CORPORATE CIRCLE, STE. 250
HENDERSON, NV  89074

KEMP COMMUNICATIONS
3800 HOWARD HUGHES PKWY., 17TH
FLOOR
LAS VEGAS, NV  89169

KSNE
CLEAR CHANNEL BROADCASTING, INC
FILE NUMBER 91100
LOS ANGELES, CA  90074

INSTORE BROADCASTING NETWORK
175 SOUTH MAIN STREET, STE. 1600
SALT LAKE CITY, UT  84111

KEY BANK
P.O. BOX 94722
CLEVELAND, OH  44101

KTNV- TV13 LAS VEGAS
P.O. BOX 29807
PHOENIX, AZ  85038-9807

KVEG RADIO
KEMP BROADCASTING
3999 LAS VEGAS BLVD., STE. K
LAS VEGAS, NV  89119

MICHAEL MUSHKIN, ESQ.
4475 SOUTH PECOS RD.
LAS VEGAS, NV 89121

QVEGAS MAGAZINE
2408 PARDEE PLACE
LAS VEGAS, NV  89104

KVGS-FM
RIVIERA BROADCAST GROUP
2725 E. DESERT INN RD., STE. 180
LAS VEGAS, NV 89121

NATIONAL CINEMEDIA
P.O. BOX 17491
DENVER, CO  80217-0491

RED7MEDIA
EVENT DESIGN
10 NORDEN PLACE
NORWALK, CT  06855

KVVU TV 5
P.O. BOX 100111
PASADENA, CA  91189-0084

NEEDMERCH
8665 W. FLAMINGO RD., STE. 131-203
LAS VEGAS, NV  89147

RIVIERA BROADCASTING
C/O CRF SOLUTIONS
2051 ROYAL AVE.
SIMI VALLEY, CA  93065

KXTE-FM
P.O. BOX 100111
PASADENA, CA  91189-0111

NEVADA DEPT OF TAXATION
REVENUE DIVISION CAPITAL COMPLEX
101 N CARSON ST STE 3
CARSON CITY, NV  89701-3714

RONALD SMITH, CHIEF
IRS SPECIAL PROCEDURES
4750 W OAKEY BLVD
LAS VEGAS, NV  89102-1535

LAS VEGAS SENTINEL VOICE
900 EAST CHARLESTON BLVD.
LAS VEGAS, NV  89104

OCEAN BEACH UPHOLSTRY
4838 VOLTAIRE STREET
SAN DIEGO, CA  92107

SILVER STATE EXTERMINATORS
5965 HARRISON DRIVE
LAS VEGAS, NV  89120

LeMANS CORPORATION
3501 KENNEDY RD., BOX 5222
JANESVILLE, WI  53547

OFFICE OF U.S. TRUSTEE
600 LAS VEGAS BLVD S STE 430
LAS VEGAS, NV  89101-6637

SMASH MAGAZINE
8665 W. FLAMINGO RD., STE .131-201
LAS VEGAS, NV  89147

LEVEL ONE
3100 W. SIRIUS, STE. 106
LAS VEGAS, NV  89102

PETE KING COMMERCIAL LLC
2575  E. LONE MOUNTAIN ROAD
NORTH LAS VEGAS, NV  89081

SOUTHEAST LOFT DISTRICT
ASSOCIATION
C/O RPMG
P.O. BOX 95606
LAS VEGAS, NV  89147

LEVY ONE PRODUCTION GROUP
5905 S. DECATUR BLVD.
LAS VEGAS, NV  89118

PLANTATION BILLING CENTER
P.O. BOX 189016
PLANTATION, FL  33318

STATE OF NEVADA
DEPARTMENT OF EMPLOYMENT
TRAINING
500 EAST THIRD STREET
CARSON CITY, NV  89713-0030

LOTUS BROADCASTING
C/O ASCENT AUTOMOTIVE GROUP
109 NORTH POST LANE, STE. 530
HOUSTON, TX  77024

PREMIER OFFICE SUITES
2255 A RENAISSANCE DRIVE
LAS VEGAS, NV  89119

SUNRISE CUSTOM IN.
6845 SPEEDWAY BLVD., STE. K-102
LAS VEGAS, NV  89115

MARTIN DOOR MANUFACTURING, INC.
6380 S. VALLEY VIEW BLVD., STE. 200
LAS VEGAS, NV  89118

PRIDE RADIO LAS VEGAS
2880 B MEADE AVE.
LAS VEGAS, NV  89102

SZABO ASSOCIATES, INC.
3355 LENOX RD., N.E., 9TH FLOOR
ATLANTA, GA  30326

**TAYLOR MATTESON**
**4040 EAST POST RD., LOFT F6**
**LAS VEGAS, NV  89120**

**TELEDATA CONTRACTORS**
**5160 S. VALLEY VIEW #100**
**LAS VEGAS, NV  89118**

**TENET DELRAY MEDICAL CENTER**
**P.O. BOX 830913**
**BIRMINGHAM, AL  35283**

**THE MEETING PROFESSIONAL**
**3030 LBJ FREEWAY, STE. 1700**
**DALLAS, TX  75234**

**THE UNLV REBEL YELL**
**ATTN: SEAN CONNOLLY**
**4505 S. MARYLAND PKWY., STE. 2011**
**LAS VEGAS, NV  89119**

**U.S. BANK**
**LAW DEPARTMENT**
**1310 MADRID ST., STE. 106**
**MARSHALL, MN  56258**

**US BANK**
**BUISNESS EQUIPMENT FINANCING**
**1310 MADRID ST., STE. 106**
**MARSHALL, MN  56258**

**VALERIE DUNWOODY**
**7654 WHISPERING MARSH**
**LAS VEGAS, NV  89131**

**VOLKSWAGEN CREDIT**
**P.O. BOX 60144**
**CITY OF INDUSTRY, CA  91716**

**WELLS FARGO CARD SERVICES**
**PO BOX 30086**
**LOS ANGELES, CA  90030-0086**

**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                                                                    Case No. _____

**MATTESON, DALE JAY** _____     Chapter **7** _____
                                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,500.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,500.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<div style="border:1px solid black">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**July 28, 2009**_____          _/s/ David J. Winterton, Esq._
            Date                          David J. Winterton, Esq. 4142
                                          DAVID J. WINTERTON & ASSOC., LTD.
                                          211 N. BUFFALO DRIVE, SUITE A
                                          LAS VEGAS, NV  89145
                                          (702) 363-0317  Fax: (702) 363-1630
                                          david@davidwinterton.com

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only