# United States Bankruptcy Court
## District of Nevada

Case No. **09–23524–bam**
**Chapter 7**

In re: (Name of Debtor)
    DALE JAY MATTESON
    4040 EAST POST RD., LOFT F6
    LAS VEGAS, NV 89120

Social Security No.:
    xxx–xx–6342

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 1/13/11                              BY THE COURT

                                                    *Mary A. Schott*
                                                    Mary A. Schott
                                                    Clerk of the Bankruptcy Court